UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SEANPAUL REYES | : | CIVIL NO. 3:24CV1174(MPS) |
| v. | : | |
| LAVOIE, ET AL. | : | SEPTEMBER 15, 2024 |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Lavoie, Fahey, and Costello hereby move to dismiss in the Plaintiff's Complaint (ECF #1) in part. Plaintiff brings fourteen counts against the Defendants alleging both First and Fourth Amendment violations stemming from three incidents on July 23, 2021 and June 16, 2023, respectively. This Motion to Dismiss seeks dismissal in part, namely of the First Amendment claims brought against them. Specifically, Defendants are entitled to qualified immunity on Plaintiff's First Amendment claims.

WHEREFORE, Defendants respectfully request that this motion be granted and the Court dismiss Plaintiff's First Amendment claims against them.

DEFENDANT
Lavoie, et al.

WILLIAM TONG
ATTORNEY GENERAL

BY: /s/ *Samantha C. Wong*
Samantha C. Wong
Assistant Attorney General
165 Capitol Avenue
Hartford, CT 06106
Federal Bar #ct30974
E-Mail: samantha.wong@ct.gov
Tel.: (860) 808-5450
Fax: (860) 808-5591

1

BY: /s/ *Janelle R. Medeiros*
    Janelle R. Medeiros
    Assistant Attorney General
    165 Capitol Avenue
    Hartford, CT 06106
    Federal Bar #ct30514
    E-Mail: janelle.medeiros@ct.gov
    Tel.: (860) 808-5450
    Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that on September 16, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    /s/ *Samantha C. Wong*
    Samantha C. Wong
    Assistant Attorney General