**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| SeanPaul Reyes<br><br>vs.<br><br>Charles Lavoie | 24-cv-1174 (MPS) |

**ORDER RETURNING SUBMISSION**

We have received your filing, however, it is deficient in the area(s) checked below:

☐   Our records indicate you are represented by counsel in this matter. Therefore, all filings must be made by the attorney of record.

☐   Plaintiff is restricted from filing a new complaint in this district, without prior leave of the Court.

☐   Your pro se appearance is being returned because the rights of self-representation and representation by counsel cannot be both exercised at the same time. (See O'Reilly v. New York Times Co., 692 F.2d 863, 868 (2d Cir. 1982.)

☒   Other:   We have received an amicus brief from a non-party in the above-captioned case. A motion for leave to file was not included.

The Clerk is hereby ORDERED to return the above document.

| October 17, 2024 | /s/ Michael P. Shea |
|---|---|
| Date | Choose a Judge's Title |

(CGS)

Rev 3-1-24