UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SEANPAUL REYES | : | CIVIL NO. 3:24CV1174(MPS) |
| v. | : | |
| LAVOIE, ET AL. | : | OCTOBER 22, 2024 |

## MOTION TO WITHDRAW APPEARANCE

In accordance with Local Rule 7(e), the undersigned counsel respectfully requests leave of the Court to withdraw his appearance on behalf of defendant former Commissioner Semple in the above-captioned matter. In support of this motion, counsel represents that Attorneys Samantha Wong and Edward Rowley have an appearance on behalf of the defendants and will represent the interests of the defendants in this case.

The undersigned is transitioning to a new position within the Office of the Attorney General and will be unable to continue representing the defendants in this matter. The undersigned counsel represents that a copy of this motion has been sent via regular mail or email to the defendants in accordance with Local Rule 7(e).

WHEREFORE, the undersigned respectfully moves that this Court grant her motion to withdraw her appearance from the above-mentioned matter.

DEFENDANTS
LAVOIE, ET AL

WILLIAM TONG
ATTORNEY GENERAL

/s/ Janelle R. Medeiros

        Janelle R. Medeiros ct30514
Assistant Attorney General
165 Capitol Ave
Hartford, CT  06106
Telephone No.: (860) 808-5450
Fax No.: (860) 808-5591
E-Mail: Janelle.medeiros@ct.gov

## CERTIFICATION

I hereby certify that on October 22, 2024, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

*/s/ Janelle R. Medeiros*
Janelle R. Medeiros
Assistant Attorney General