IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SEANPAUL REYES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:24-CV-1174-MPS |
| | ) |
| LAVOIE, ET AL., | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF
## IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

Marc Joseph Stout, an individual and non-attorney, hereby requests that this court grant Stout leave to file Stout's attached "Amicus Curiae Brief in Support of the Defendants' Motion to Dismiss," and states as follows in support:

Stout previously attempted to file the amicus curiae brief in question, but the brief was returned because Stout did not file a motion for leave to file the brief. Stout now submits to the court this motion for leave to file in compliance with the court's return instructions.

Stout is a Youtuber,[1] former activist, and seasoned and experienced pro-se litigant.[2] Stout's Youtube channel features videos and livestreams exposing self-proclaimed "First Amendment auditors" as liars and frauds. Stout submits legal memos to government officials,

---

[1] The name of Stout's Youtube channel is "Frauditors Exposed."

[2] Stout's cases have produced state and federal case-law in favor of Stout, case-law furthering and advancing Constitutional rights. Stout has helped many others win their pro-se court cases. Prosecutors and state and federal courts have adopted Stout's amicus briefs, including amicus briefs submitted in the Plaintiff's previous unrelated criminal and civil cases.

1

including judges, arguing that First Amendment auditing is not "journalism," or "activism," but criminal activity.

First Amendment auditors are anti-government Youtubers who (1) openly and secretly film employees and visitors inside of government buildings, including inside of courthouses and courtrooms, in purposeful violation of building policies prohibiting filming, (2) follow, confront, challenge, and incite the employees and visitors until the employees and visitors react, express discomfort, attempt to enforce the building's policies, or attempt to trespass the auditors, (3) argue with the employees and visitors until the altercation produces enough controversial video content for Youtube, and (4) upload the videos, and the employees' and visitors' names, addresses, phone numbers, email addresses, and other personal information, to the auditors' monetized Youtube channels, where anti-government audiences rage at the "government" for enforcing policies on "the people." See footnote.[3]

The auditors' audiences overwhelm the employees and visitors in the videos with phone calls and emails echoing anti-government rhetoric, and threatening violence, sexual violence, and frivolous lawsuits. The audiences sometimes visit the employees' and visitors' addresses.

---

[3] Earl David Worden founded "First Amendment auditing" between 2012 and 2015. Earl David Worden has been a registered sex-offender and convicted serial rapist since the 1980's. Worden was again convicted in the 1990's for another rape, and was recently sentenced to 20 years in prison for molesting his daughter in the early 2000's. Worden professes that he founded First Amendment auditing for people like himself, as a model of "revenge" against the government and against women. Worden claims that filming and uploading videos of government building employees, specifically, female clerical workers, in purposeful violation of expectations of privacy and building policies prohibiting filming, causes maximum damage to the "government," and to "women," but carries little to no risk and requires little to no effort.

Worden's Youtube channel exploded in popularity because Worden presented himself to Youtube audiences and to the public as exceptionally personable and professional, never revealing his true nature. However, many, if not most, First Amendment auditors are either registered, convicted, or accused sex-offenders, or have been convicted of crimes of moral turpitude and felony crimes against innocent people. One auditor, Daniel Warmus a/k/a Auditing Erie County, has even been sentenced to jail for participating in the January 6th Capitol Building attack. The federal judge presiding over Warmus' sentencing stated that Warmus' First Amendment audits are no different than storming the Capitol Building on January 6th.

All First Amendment auditors echo Earl David Worden's script in defense of their activity. Earl David Worden's script a/k/a the generic frauditor script instructs auditors to claim that they are "press," similar to paparazzi, and that members of the press enjoy more First Amendment protection than everyone else. The generic frauditor script instructs auditors to claim that members of the press enjoy special access to government building property because government buildings are "public" and "funded by taxpayers." The generic frauditor script instructs auditors to claim that members of the press have a First Amendment right to violate government building policies, trespass, become disorderly, harass, etc.

Auditors are not "journalists." Auditors do not develop any events into stories. Auditors *cause* the events and *claim* that the events *are* the "stories."

Auditors many times file frivolous lawsuits, but not because auditors have a good-faith belief in their claims or arguments, or because auditors expect to win, but because auditors can make even more video content out of their lawsuits, make even more money from their audiences and from Youtube, and receive even more praise from their audiences for "fighting the government" in the face of "government oppression." Then, it's rinse and repeat. Auditors and their audiences harass and threaten defense counsel, the presiding judges, and other court officials. First Amendment auditing channels are harassment factories and defamation farms.

Reyes, the Plaintiff to this case, is a self-proclaimed "First Amendment auditor." Stout discovered Reyes' Youtube channel, Long Island Audit, and discovered Reyes' open criminal and civil cases. Stout has since been submitting legal memos in all of Reyes' cases. Stout is the leading authority on First Amendment auditors, and requests that this court grant Stout leave to file Stout's amicus brief.

Submitted,

*[signature]*

Marc Joseph Stout
30 Willow Branch Place
Fredericksburg, VA 22405
Email: stoutstoutstoutproselitigation@gmail.com
Phone: (540) 370-6980

10/31/2024

Date

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2024, I emailed a copy of this document to:

Samantha C. Wong
Assistant Attorney General
165 Capitol Avenue
Hartford, CT 06106
Federal Bar #ct30974
E-Mail: samantha.wong@ct.gov
Tel.: (860) 808-5450
Fax: (860) 808-5591
*Counsel for Defendants*

Alexander T. Taubes
470 James Street
Suite 007
New Haven, CT 06513
(203) 909-0048
alextt@gmail.com
Juris No.: 437388
*Counsel for Plaintiff*

Submitted,

_____
Marc Joseph Stout
30 Willow Branch Place
Fredericksburg, VA 22405
Email: stoutstoutstoutproselitigation@gmail.com
Phone: (540) 370-6980

10/31/2024
Date

5