

USPS FIRST-CLASS MAIL®
3.60 oz
RDC 99

SHIP TO:
NEW HAVEN CT 06510



(420) 06510

Marc Joseph Stout
30 Willow Branch Place
Fredericksburg, VA 22405

Clerk
United States District Court
District of Connecticut
141 Church Street
New Haven, CT 06510