UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SEANPAUL REYES<br>*Plaintiff,*<br><br>V.<br><br>LAVOIE, ET AL.<br>*Defendants.* | : CIVIL NO. 3:24-CV-1174 (MPS)<br>:<br>:<br>:<br>:<br>:<br>: |

**PROTECTIVE ORDER RE:**
**AUIDOVISUAL RECORDING AND TRANSCRIPTS OF DEPOSITIONS**

1) The audiovisual recordings, digital transcripts, and paper transcripts of any and all depositions taken in the above captioned matter are covered by this Protective Order.

2) The parties, their counsel of record, and any of their agents or employees, shall not publicly disseminate or post on any online platform the video recordings, digital transcripts, or paper transcripts of any deposition in this matter.

3) The audiovisual recordings, digital transcripts and paper transcripts of any deposition in this matter shall be used for purposes of this litigation only.

4) The actual audiovisual recordings and any digital or physical copies of those recordings shall be retained by counsel of record only. The parties are not permitted to retain the actual audiovisual recordings or any digital or physical copies of those recordings.

5) Nothing in this Order waives any party's right to object to or advance any arguments concerning the admissibility of any documents or materials at trial in this or any other proceeding.

6) Nothing in this Order waives any party's right to designate any information, documents or other materials as "confidential" or "confidential-attorney's eyes only" pursuant to this Court's Standing Protective Order (ECF 5), or any other subsequent Protective order that might be entered in this matter.

1

7) Any party may seek a modification of this Protective Order based upon a showing of good cause that the modification is necessary. In the event such a motion is made, the identity of any person to whom disclosure of information is sought shall be included within the motion, along with the reason or reasons that disclosure of protected information is necessary.

8) The restrictions imposed by this Protective Order may be modified or terminated only by further order of the Court.

IT IS SO ORDERED

Dated: May 12, 2025

/s/

Michael P. Shea

United States District Judge